IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| THE SETTLER, LLC,<br><br>     *Plaintiff,*<br><br>v.<br><br>BRIDGET URGO HOME LLC (F/K/A THE SETTLER HOME, LLC), and BRIDGET URGO<br><br>     *Defendants*. | Case No. 3:26-CVC-00822<br><br><br><br>JUNE 16, 2026 |

**MOTION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Defendants, Bridget Urgo Home LLC (f/k/a The Settler Home, LLC) and Bridget Urgo (collectively, the "Defendants"), pursuant to Local Rule 7(b), respectfully move the Court for an extension of time of two (2) days, from June 17, 2026 up to and including June 19, 2026, within which to file their Response and Opposition to Plaintiff's Corrected Motion for Preliminary Injunction dated May 28, 2026 and Memorandum of Law in support thereof (ECF #15). Defendants also move that Plaintiff receive a corresponding extension of time of two (2) days, from June 22, 2026, up to and including June 24, 2026, to file Plaintiff's Reply to Defendant's Opposition.

The Court previously ordered Defendants' Opposition to be filed by June 17, 2026 and Plaintiff's Reply to be filed by June 22, 2026. (ECF #24). No previous motions for an extension have been filed with respect to filing a Response and Opposition to the Plaintiff's Corrected Motion for Preliminary Injunction.

1

Good cause exists for granting the extension in that the Defendants' undersigned lead counsel, Jonathan Whitcomb, was involved in representation of another client in a hearing before a Congressional committee in Washington D.C. during the week of June 8, 2026 and, unfortunately, the undersigned had limited time to personally attend to the preparation of Defendants' opposition during that week.  While it had been the undersigned's intention and expectation that he could complete the opposition papers, and review and finalize same with Defendants by the filing deadline of June 17, 2026, on June 16, 2026 it became apparent to him that to produce thorough and complete opposition papers, and to be able to fully review same with the Defendants before filing, an additional two days would be required to complete and file same.

This motion was not filed at least three days before the filing deadline, as the need for an extension to prepare a thorough and complete opposition did not become apparent to the undersigned until today, June 16, 2026.

Counsel for Plaintiff has advised that they consent to this Motion, provided the Plaintiff has a corresponding two day extension to file its Reply to Defendants' Opposition papers.

WHEREFORE, Defendants respectfully requests a two (2) day extension of time from June 17, 2026 through June 19, 2026, within which to file their Opposition to Plaintiff's Corrected Motion for Preliminary Injunction, and a corresponding two (2) day extension, from June 22, 2026 to June 24, 2026 for Plaintiff to file its Reply to said Opposition.

DEFENDANTS,
BRIDGET URGO HOME LLC (F/K/A THE
SETTLER HOME, LLC), and BRIDGET
URGO


By:_____/s/ Jonathan P. Whitcomb_____
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
Jonathan J. Kelson (ct26755)
jkelson@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321
*Attorneys for Defendants*

3

## CERTIFICATION

I hereby certify that on June 16, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: /s/ Jonathan P. Whitcomb (ct15014)
Jonathan P. Whitcomb