IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| THE SETTLER, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> BRIDGET URGO HOME LLC (F/K/A THE SETTLER HOME, LLC), and BRIDGET URGO <br><br> *Defendants*. | Case No. 3:26-CVC-00822 <br><br><br><br> JULY 13, 2026 |

**MOTION FOR EXTENSION OF TIME TO**
**FILE RULE 26(f) REPORT AND SCHEDULING ORDER**

Defendants, Bridget Urgo Home LLC (f/k/a The Settler Home, LLC) and Bridget Urgo (collectively, the "Defendants"), pursuant to Local Rule 7(b), respectfully move the Court for an extension of time of thirty (30) days, from July 15, 2026 to August 14, 2026, within which the parties are to file a Rule 26(f) Report and Joint Proposed Scheduling Order.

On July 10, 2026, the parties received a notice from the Court indicating that a Rule 26(f) Report was due on July 15, 2026. Later that day, immediately after the Court issued its decision on the Plaintiff's Motion for Preliminary Injunction, the Court issued a separate order that the "parties should submit a joint proposed scheduling order expediting the resolution of this case by August 14, 2026. (ECF #52).

Good cause exists for granting the extension in that the Court's partial granting of the Plaintiff's Motion for Preliminary Injunction on July 10, 2026 necessarily impacts the status of the case, the timing of responsive pleadings, and likely the nature and extent of discovery. In issuing the order that the Parties submit a joint proposed scheduling order on August 14, 2026 rather than

1

July 15, 2026, the Court apparently has anticipated the need for additional time to complete a Rule 26(f) report and Joint Proposed Scheduling Order.[1]

Counsel for Plaintiff has advised that Plaintiff consents to this Motion.

WHEREFORE, Defendants respectfully move for a thirty (30) day extension of time from July 15, 2026 through August 14, 2026, for the Parties to file a Rule 26(f) Report and Joint Proposed Scheduling Order.

DEFENDANTS,
BRIDGET URGO HOME LLC (F/K/A THE SETTLER HOME, LLC), and BRIDGET URGO


By:____/s/ Scott M. Harrington
DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP
Scott M. Harrington (ct02482)
sharrington@dmoc.com
Jonathan P. Whitcomb (ct15014)
jwhitcomb@dmoc.com
1010 Washington Blvd., Suite 800
Stamford, CT 06901
Telephone: (203) 358-0800
Facsimile: (203) 348-2321
*Attorneys for Defendants*

---

[1] Additionally, Defendants' counsel (all attorneys at Diserio Martin O'Connor & Castiglioni, LLP, anticipate filing motions to withdraw as counsel for the Defendants after assisting Defendants in efforts to comply with the Court's Preliminary Injunction Order. If Defendants' counsel are permitted to withdraw, Defendants will need the additional time to have new counsel appear in place of current counsel, which new counsel will need time to confer with Plaintiff's counsel.

## CERTIFICATION

I hereby certify that on July 13, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: /s/ Scott M. Harrington (ct02482)
Scott M. Harrington