**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

SETTLER, LLC

Plaintiff,

v.

BRIDGET URGO HOME LLC (F/K/A THE SETTLER HOME, LLC) and BRIDGET URGO

Defendants.

Case No.: 3:26-CV-00822 (VAB)

AUGUST 31, 2026

**DEFENDANTS' MOTION FOR EXTENTION OF TIME FOR JOINDER OF PARTIES AND FOR MODIFICIATION OF PRETRIAL SCHEDULING ORDER (ECF No. 6)**

Defendants Bridget Urgo Home LLC (f/k/a The Settler Home, LLC) and Bridget Urgo (collectively, "Ms. Urgo" or "Defendants"), by and through their undersigned counsel, respectfully move pursuant to Federal Rule Civil Procedure Rules 16(b)(4),6(b)(1)(B), and Local Rule 7, to request that the Court modify and extend the Court's Order on Pretrial Deadlines for allowing joinder of parties (ECF No. 6(a)). Defendants respectfully request an extension of 59 days, up to and including October 22, 2026—thirty days from the parties' Court-Ordered Settlement Conference (ECF No. 80)—to accommodate for potential resolution of the dispute and subsequently, allowing appropriate time for the Defendants' substitute counsel to further evaluate whether to join any additional or necessary parties to the case. Defendants' counsel further submits that good cause exists to extend the deadline to join additional parties, as further detailed below. In support of this motion, Defendants state as follows:

1. On June 10, 2026, Plaintiff filed an Amended Complaint. (ECF No. 27).

2. On June 19, 2026, Defendants, through prior counsel, filed a Partial Motion to

Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 33).

3. The Court's Order on Pretrial Deadlines provides that "[a]ll motions relating to joinder of parties or amendment of the pleadings shall be filed within the latest of the following: (i) 35 days after the appearance of the last defendant[] or (ii) 60 days after the filing of the complaint." (ECF No. 6, at ¶ (a)). Measured from the original Complaint, that deadline fell on July 27, 2026.

4. On July 9, 2026, with Plaintiff's consent, prior defense counsel moved for an extension of the joinder deadline, requesting that it be reset to run fourteen (14) days after the Court's decision on the then-pending Partial Motion to Dismiss, so that any motion to join additional parties or assert counterclaims could be filed in tandem with Defendants' answer. (ECF No. 49).

5. In that Motion (ECF No. 49), previous counsel made aware to the Court and Plaintiff's counsel that Defendants anticipated filing a motion of joinder of parties for "purposes of asserting claims/counterclaims against the Plaintiff's principals, officers, and/or managers, namely, Jacqueline Randall and Frederic Breed Randall." *Id.* at ¶ 6.

6. The Court granted that motion on July 10, 2026 (ECF No. 51), extending the joinder deadline accordingly to August 24, 2026.

7. On July 16, 2026, prior counsel simultaneously moved to withdraw as counsel of record for Defendants (ECF No. 64).

8. On July 17, 2026, the Court granted prior counsel's motion to withdraw (ECF No. 67).

9. On July 20, 2026, undersigned counsel entered appearances on behalf of Defendants. (ECF Nos. 68, 69.)

10. On July 24, 2026, undersigned counsel received the complete case file from Defendants' prior counsel, in preparation for the parties' pre-settlement conference before Magistrate Judge Spector, then scheduled for July 31, 2026. (ECF No. 73).

11. On July 29, 2026, undersigned counsel, with Plaintiff's consent, moved for an extension of time to answer, move, or otherwise respond to the Amended Complaint. (ECF No. 75). That motion addressed only the responsive-pleading deadline; it did not address the separate deadline for motions relating to joinder of parties.

12. On July 30, the Court granted the Motion for Extension of Time (ECF No. 76), with a deadline to respond to the Amended Complaint on August 30, 2026. The deadline for joinder of parties was still set to August 24, 2026, pursuant to the Court’s order requested by previous counsel (ECF No. 51). Therefore, as of record, the deadline to file motion for joinder of parties was set to expire prior to the deadline to answer or otherwise respond to the Amended Complaint.

13. On July 31, 2026, Judge Spector signed an order scheduling the case for Settlement Conference between the parties, set for September 22, 2026 (ECF No. 80).

14. In accordance with Local Rule 7(b)(3), as a result of the transition in counsel, with the parties' focus on the responsive-pleading deadline and scheduled settlement negotiations before Judge Spector, no separate motion to further extend the joinder deadline was filed before it lapsed on August 24, 2026. Defendants state that this will be the second request for extension of the deadline for motions relating to joinder of parties.

15. Defendants now move, pursuant to Fed. R. Civ. P. 16(b)(4), to modify the Scheduling Order and extend the deadline for motions relating to joinder of parties, for good cause to allow contemporaneous counsel to fully assess the necessity of parties to the dispute,

promote resolution of the case through potential settlement, and subsequently avoid further use of judicial resources and expenses to parties to this case.

16. Defendants reached out to opposing counsel to ascertain Plaintiff's position on April 28, 2026 and did not hear back.

WHEREFORE, Defendants respectfully request that the Court grant this motion and enter an order extending the deadline for motions to joinder of parties by 59 days to a date of October 22, 2026(thirty days from the parties' scheduled Settlement Conference), and a respective modification to the scheduling order.

Respectfully requested,

/s/ *Brian E. Spears*
Brian E. Spears
Federal Bar No. ct14240
Armel L. Jacobs
Federal Bar No. ct29608
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone (203) 292-9766
Facsimile: (203) 292-9682
Email: bspears@spearsmanning.com
ajacobs@spearsmanning.com

/s/ *William N. Sinclair*
William N. Sinclair
Federal Bar No. phv209577
SILVERMAN THOMPSON
400 E. Pratt St., Suite 900
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: bsinclair@silvermanthompson.com

*Counsel for Counterclaim Plaintiffs Bridget Urgo Home LLC and Bridget Urgo*

**CERTIFICATION**

I hereby certify that on August 31, 2026, a copy of the foregoing was served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Brian E. Spears*
Brian E. Spears